### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| **JOEY LAWRENCE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:15-cv-09239-JWL-JPO |
| v. ) | |
| ) | |
| **BICKFORD SENIOR LIVING GROUP, LLC**, ) | |
| ) | |
| Defendant. ) | |

### STATUS REPORT

Plaintiff Joe Lawrence (hereinafter "Plaintiff"), by and through his counsel of record, and pursuant to this Court's order of November 8, 2016, hereby updates the Court on the status of proceedings between Plaintiff and Defendant.

The Parties have resolved this matter and as soon as the resolution process is complete, the parties will file a stipulated dismissal with prejudice.

Respectfully Submitted,

CORNERSTONE LAW FIRM

By: /s/ Joshua P. Wunderlich_____
Ryan M. Paulus        D Kan 78276
r.paulus@cornerstonefirmcom
Joshua P. Wunderlich D Kan 78506
j.wunderlich@cornerstonefirm.com
8350 N. St. Clair Ave., Ste. 225
Kansas City, Missouri 64151
Telephone          (816) 581-4040
Facsimile          (816) 741-8889

ATTORNEYS FOR PLAINTIFF

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of May, 2017, a true and accurate copy of the foregoing was filed with the Clerk of Court using the Electronic Case Filing system, which will send notification of such filing to the following by electronic mail:

    Jeffrey D. Hanslick    Jeffrey.Hanslick@huschblackwell.com
    Henry J. Thomas    Henry.Thomas@huschblackwell.com
    Husch Blackwell LLP
    4801 Main Street, Suite 1000
    Kansas City, Missouri 64108

    /s/ Joshua P. Wunderlich_____
    Attorney for Plaintiff