## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **JOEY LAWRENCE**, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:15-cv-09239-JWL-JPO |
| v. | ) ) |
| **BICKFORD SENIOR LIVING GROUP, LLC**, | ) ) ) |
| Defendant. | ) ) |

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joey Lawrence and Defendant Bickford Senior Living Group, LLC stipulate that Plaintiff's action, including all claims asserted therein, is hereby dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted this 19th day of June, 2017.

| CORNERSTONE LAW FIRM | LITTLER MENDELSON PC |
|---|---|
| By: /s/ Joshua P. Wunderlich | By: /s/ Jeffrey D. Hanslick |
| Ryan M. Paulus    D. Kan 78276 | Jeffrey D. Hanslick    KS Bar #22612 |
| r.paulus@cornerstonefirm.com | jhanslick@littler.com |
| Joshua P. Wunderlich    D. Kan 78506 | 1201 Walnut Street, Suite 1450 |
| j.wunderlich@cornerstonefirm.com | Kansas City, MO 64106 |
| 8350 N. St. Clair Ave., #225 | Telephone    (816) 627-4400 |
| Kansas City, MO 64151 | Facsimile    (816) 817-2517 |
| Telephone    (816) 581-4040 | |
| Facsimile    (816) 741-8889 | **ATTORNEY FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |